UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

R.O.L. (XXX-XX-0764)                    CIVIL ACTION NO. 09-cv-0253

VERSUS

U.S. COMMISSIONER SOCIAL               MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

# J U D G M E N T

For the reasons stated in the Memorandum Ruling issued this date, the Commissioner's decision to deny benefits is affirmed, and Plaintiff's complaint is dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 17th day of March, 2010.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE